# VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

|   |   | Time In/Out: | 10:28am – 10:38am | Court Time: | 10 minutes |   |
|---|---|---|---|---|---|---|
|   |   |   | Date: | **January 28, 2019** |   |   |
|   | Cr. No. | CR 09-3366 WJ | USA v. | Derek Chavez |   |   |
|   |   | The Honorable | **Chief Judge William P. Johnson** |   |   |   |

| Clerk: | **R. Garcia** | Court Reporter: | **M. Loughran** |
|---|---|---|---|
| Defendant: | **Present** | Defendant's Counsel: | **Martin Lopez III** |
| AUSA: | **Michael Murphy** | Probation Officer: | **Erick Newton** |
| VSR Held: | **Albuquerque** | Interpreter: | **N/A** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| X | Court questions Defendant regarding voluntary nature of admission. |
|---|---|
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
| X | **Defendant ADMITS violation: failed to refrain from use of a controlled substance**. |
|   | Proceed to sentencing |
|   | Violation Report **WAIVED / NOT WAIVED** |
| X | **Other:   The Court will hold the Petition in abeyance for a period of 4 months; Defendant shall comply with all previously imposed standard, mandatory, and special conditions of supervision, with the added conditions that the Defendant continue to work toward obtaining his GED.** |

## SENTENCE IMPOSED

| Supervision imposed: |   | Imprisonment: |   | Supervised Release: |   |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

|   |
|---|
|   |

## OTHER

| **ADVISED OF** Appeal Rights |
|---|
| **HELD IN CUSTODY** |
| Recommended place of incarceration: |

| NOTES: | **PO addresses the Court in support of recommendation for 3 months custody and no supervision to follow.** |
|---|---|
|   | **Mr. Murphy addresses the Court; requests the Court hold the Petition in abeyance.** |
|   | **Mr. Martin addresses the Court in support of holding the petition in abeyance until the end of April and thus completing course work for GED.** |
|   | **The Court will hold the Petition in abeyance for a period of 4 months with all prior conditions of supervision to remain in effect with the added condition that he continue work toward his GED.** |