AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 FEB 28 PM 3: 07

CLERK ALBUQUERQUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | |
| | ) | Case No. 1084 1:09CR03366-003 WJ |
| Derek Chavez | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: United States District Court<br>333 Lomas Blvd. NW<br>Albuquerque, NM 87102<br>Before the Honorable Judge Ritter | Courtroom No.: 320 Rio Grande, 3rd Floor |
|---|---|
| | Date and Time: March 7, 2019, 9:30 AM |

This offense is briefly described as follows:
The defendant tested positive on two occasions for Suboxone.

Date: 2/21/2019

_____
Issuing officer's signature

MITCH R. ELFERS, CLERK OF COURT
Printed name and title

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____ Deputy

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 2/25/19

_____
Server's signature

Anthea Nevarez Deputy US Marshal
Printed name and title