# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 09-3366 WJ | UNITED STATES vs.  Chavez | |
| Hearing Date: | 3/7/2019 | Time In and Out: | 10:27 am -10:31 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Derek Chavez | Defendant's Counsel: | Martin Lopez III |
| AUSA | John Anderson | Pretrial/Probation: | Erick Newton |
| Interpreter: | | | |

### Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant sworn | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant currently has Court appointed counsel | | |
| ☐ | Government moves to detain | ☒ | Government does not recommend detention |
| ☐ | Set for | on | @ |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☐ | Defendant | |
| ☒ | Conditions of release previously imposed remain in effect | |

### Other

| | |
|---|---|
| ☐ | Matter referred to District Judge for final revocation hearing |
| ☐ | |