## VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| | Time In/Out: | **11:32am – 11:51am** | Court Time: | **19 minutes** | |
| | | Date: | **August 22, 2019** | | |
| | Cr. No. | CR 09-3366 WJ | USA v. | Derek Chavez | |
| | The Honorable | | **Chief Judge William P. Johnson** | | |

| Clerk: | **R. Garcia** | Court Reporter: | **M. Loughran** |
|---|---|---|---|
| Defendant: | **Present** | Defendant's Counsel: | **Martin Lopez III** |
| AUSA: | **Paul Mysliwiec** | Probation Officer: | **Erick Newton** |
| VSR Held: | **Albuquerque** | Interpreter: | **N/A** |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Court questions Defendant regarding voluntary nature of admission. |
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
| X | **Defendant ADMITED to the violation that he failure to refrain from use of controlled substance(s) at hearing held on 1/28/19, and the following additional violations today: failed to follow directions of Probation; failed to complete substance abuse program.** |
| X | **Proceed to sentencing** |
| | Violation Report WAIVED / NOT WAIVED |
| | Other: |

### SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | 6 months | Supervised Release: | None |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS

| | |
|---|---|
| | |

### OTHER

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |

| NOTES: | **The Court notes the Defendant previously admitted to failure to refrain from use of controlled substance(s) at hearing held on 1/28/19.** |
|---|---|
| | **Defendant proceeds to admit to violations contained in Amended Petition for Revocation.** |
| | **PO states basis for a recommendation of a sentence at the high end of the guideline range without any term of supervision to follow.** |
| | **Mr. Mysliwiec concurs with PO's recommendation.** |
| | **Mr. Lopez has no objection to not imposing any further supervision.** |
| | **Defendant addresses the Court.** |
| | **Mr. Lopez addresses the Court on behalf of his client; requests a sentence at the low end of the guideline range.** |